IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01774-RPM-MJW

SCOTTSDALE INSURANCE COMPANY,

      Plaintiff,

v.

JOSEPH MILLER and CHRISTINA MILLER d/b/a MILLER FARMS;
ALEXIS HAWKINS, a minor by and through her parents, WILLIAM and ROBIN HAWKINS;
TREVOR HAWKINS, a minor by and through his parents, WILLIAM and ROBIN HAWKINS,

      Defendants.
_____

**ORDER GRANTING PLAINTIFF'S MOTION TO FILE SECOND AMENDED COMPLAINT**
_____

THIS MATTER, having come before the Court upon Plaintiff's Motion to File Second Amended Complaint, and the Court being fully advised thereon:

HEREBY ORDERS the Motion is GRANTED, and Plaintiff's Second Amended Complaint is accepted as filed.

Done this 22nd day of December, 2015.

                              BY THE COURT

                              s/Richard P. Matsch

                              _____
                              Richard P. Matsch, Senior District Judge