IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01774-RPM-MJW

SCOTTSDALE INSURANCE COMPANY,

 Plaintiff,

v.

JOSEPH MILLER and CHRISTINA MILLER d/b/a MILLER FARMS;
ALEXIS HAWKINS, a minor by and through her parents, WILLIAM and ROBIN HAWKINS;
TREVOR HAWKINS, a minor by and through his parents, WILLIAM and ROBIN HAWKINS,

 Defendants.

_____

**ORDER GRANTING PLAINTIFF'S MOTION TO AMEND CROSS-CLAIM**
_____

 Upon consideration of Plaintiff's Motion to Amend Cross-Claim, it is

 ORDERED that the Motion is granted and the Amended Cross-Claim is accepted as filed.

 DATED: January 8, 2016

          BY THE COURT:

          s/Richard P. Matsch

          _____
          Richard P. Matsch, Senior District Judge