IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 15-cv-01774-RPM

SCOTTSDALE INSURANCE COMPANY,

    Plaintiff,

v.

JOSEPH MILLER AND CHRISTINA MILLER d/b/a MILLER FARMS;
ALEXIS HAWKINS, a minor by and through her parents, WILLIAM AND ROBIN HAWKINS;
TREVOR HAWKINS, a minor by and through his parents, WILLIAM AND ROBIN HAWKINS;

    Defendants.

---

ORDER GRANTING DISMISSAL OF CROSS-CLAIMS WITHOUT PREJUDICE

---

    Upon review of the Cross-Claims Plaintiffs' Unopposed Motion to Dismiss Cross-Claims without prejudice, each party to pay their own attorney fees and costs [Doc. 42], it is

    ORDERED that the motion is granted.

    DATED:   March 30th, 2016

                                    BY THE COURT:

                                    s/Richard P. Matsch
                                    _____
                                    Richard P. Matsch, Senior Judge